Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Shea Nicolle Sides | § | Case No. 09-70511-HdH-13 |
| | § | Chapter 13 |
| Debtor | § | |

DEBTOR(S) MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtors, by counsel, and for this Motion state as follows:

1. Debtor(s) filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtor was a debtor in a prior case during the preceding year. To-wit: Chapter 13, Case No. 09-70393-HDH-13 filed on 08/11/2009.

3. Debtor(s) seek an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor(s) prior case was dismissed for: Debtor was unable to make first payment because she had just started a new job.

5. The following change(s) of circumstances demonstrate that the Debtor(s) can perform this plan and are likely to complete the case successfully: Debtor is currently employed at an orthodontist office and the Trustee payment will be deducted from her pay check.

WHEREFORE, Debtor(s) request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on October 6, 2009 on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 09-70511-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Oct  6 15:10:24 CDT 2009 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007-1912 | Credit Management-Time Warner<br>4200 International Pwy<br>Carrolton, TX 75007-1912 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 |
| Credit Protection Asso-Blockbuster<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850-5316 | Enhanced Recovery Corp-Dish Network<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75242-1001 | Midland Credit Mgmt<br>8875 Aero Dr   Ste 200<br>San Diego, CA 92123-2255 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 |
| Nco Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044-2368 | Nco Financial Systems-ATT<br>507 Prudential Rd<br>Horsham, PA 19044-2368 | Pentagroup Financial-Sprint<br>5959 Corporate Dr Ste 14<br>Houston, TX 77036-2302 |
| Pinnacle Credit Serivc<br>PO Box 640<br>Hopkins, MN 55343-0640 | Resource One Cu<br>Po Box 660077<br>Dallas, TX 75266-0077 | Southwest Credit Syste<br>5910 W Plano Pkwy Ste 100<br>Plano, TX 75093-2202 |
| Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia PA 19154-1207 | (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | Willis Motors-Johnny Willis<br>2216 Jacksboro Hwy<br>Wichita Falls, TX 76301-5807 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Shea Nicolle Sides<br>5323 Spindletree<br>Wichita Falls, TX 76310-3462 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wach-rec
P O Box 3117
Winston Salem, NC 27102

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24